IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHY WARENECKI | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, ET AL. | : | NO. 10-1450 |

# ORDER

**AND NOW**, this 3rd day of November, 2010, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 14) and Plaintiff's response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that said Motion is **GRANTED IN PART**, **DISMISSED IN PART** and **DENIED IN PART** as follows:

1. Defendants' Motion is **GRANTED** as to Counts I, II, III, and V of the Complaint.

2. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff as to Counts I, II, III, and V of the Complaint.

3. Count IV of the Complaint is **WITHDRAWN**, and Defendants' Motion is therefore **DISMISSED AS MOOT** as to Count IV.

4. Donald F. Schwarz is **DISMISSED** as a Defendant in this case.

5. Defendants' Motion is **DENIED** as to Count VI of the Complaint.[1]

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.

---

[1] This case will proceed to trial only on Count VI.